RECEIVED
NOV 15 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE WHITE | CIVIL ACTION NO. 09-cv-1344 |
| VERSUS | JUDGE DEE D. DRELL |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED White's appeal be DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 15th day of November, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE